# EXHIBIT A

Contact Us

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CGC24616892
Title: DON LEMON VS. ELON MUSK ET AL
Cause of Action: FRAUD
Generated: 2024-08-30 2:17 pm

Register of Actions     Parties     Attorneys     Calendar     Payments     Documents

**Please Note: The "View" document links on this web page are valid until 2:27:14 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

## Register of Actions

Show  All  entries                                                                                                 Search:

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2024-08-26 | NOTICE OF APPEARANCE OF ARI HOLTZBLATT ON BEHALF OF DEFENDANT X CORP. (TRANSACTION ID # 74153846) FILED BY DEFENDANT X CORP. | View | |
| 2024-08-26 | JOINT STIPULATION EXTENDING X CORP.'S DEADLINE TO RESPOND TO COMPLAINT (TRANSACTION ID # 74153846) FILED BY DEFENDANT X CORP. | View | $435.00 |
| 2024-08-23 | SUMMONS ON COMPLAINT (TRANSACTION ID # 74134319) (TRANSACTION ID # 74134319), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF LEMON, DON SERVED AUG-21-2024, SUBSTITUTE SERVICE ON CORPORATION, MAILING DATE AUG-21-2024 AS TO DEFENDANT MUSK, ELON | View | |
| 2024-08-06 | SUMMONS ON COMPLAINT (TRANSACTION ID # 73965453), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF LEMON, DON SERVED AUG-05-2024, PERSONAL SERVICE AS TO DEFENDANT X CORP. DOING BUSINESS IN CALIFORNIA AS, X CORP., A NEVADA CORPORATION | View | |
| 2024-08-01 | SUMMONS ISSUED (TRANSACTION ID # 73877884) TO PLAINTIFF LEMON, DON | View | |
| 2024-08-01 | NOTICE TO PLAINTIFF | View | |
| 2024-08-01 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 73877884) FILED BY PLAINTIFF LEMON, DON | View | |
| 2024-08-01 | FRAUD, COMPLAINT (TRANSACTION ID # 73877884) FILED BY PLAINTIFF LEMON, DON AS TO DEFENDANT MUSK, ELON X CORP. DOING BUSINESS IN CALIFORNIA AS, X CORP., A NEVADA CORPORATION DOES 1 TO 100, INCLUSIVE NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JAN-08-2025 PROOF OF SERVICE DUE ON SEP-30-2024 CASE MANAGEMENT STATEMENT DUE ON DEC-16-2024 | View | $435.00 |

Showing 1 to 8 of 8 entries                                                                Previous   1   Next