# EXHIBIT K

Ari Holtzblatt (SBN 354631)
Claire Bergeron (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
ari.holtzblatt@wilmerhale.com
claire.bergeron@wilmerhale.com

Noah S. Guiney (SBN 324079)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone:  (628) 235-1151
Facsimile:  (628) 235-1001
noah.guiney@wilmerhale.com

*Attorneys for Specially Appearing Defendant Elon Musk and Defendant X Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LEMON,<br><br>                    Plaintiff,<br><br>     v.<br><br>ELON MUSK; X CORP. DOING BUSINESS IN CALIFORNIA AS X CORP., A NEVADA CORPORATION; and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No. 3:24-cv-06487<br><br>[Originally Filed in San Francisco County Superior Court,<br><br>Case No. CGC-24-616892]<br><br>**DECLARATION OF NICOLE HOLLANDER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ELON MUSK'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332(a), 1441(a), AND 1446(a) (DIVERSITY JURISDICTION)**<br><br>Action Filed: August 1, 2024 |

- 1 -
DECLARATION OF NICOLE HOLLANDER ISO NOTICE OF REMOVAL

1. My name is Nicole Hollander, and I am the Director, Real Estate and Workplace, at X Corp., a position I have held since April 3, 2023. I am competent to testify to the matters stated herein and make this declaration based upon my personal knowledge.

2. I am drafting this declaration in support of Specially Appearing Defendant Elon Musk's Notice of Removal in *Lemon v. Musk*, which was originally filed as Case No. CGC-24-616892 in San Francisco County Superior Court. Specifically, I am drafting this declaration to lay out the background surrounding the opening and closure of X's San Francisco headquarters, located at 1355 Market Street, Suite 900, in San Francisco, California, and X's moving of its headquarters to Texas.

### X's San Francisco Headquarters

3. In approximately April of 2011, X's predecessor entity, Twitter, Inc. moved its headquarters into 1355 Market Street, Suite 900, in San Francisco, California. That address served as Twitter's headquarters until July 2023, when Twitter was renamed X Corp., following the Company's acquisition by Mr. Musk. 1355 Market Street then continued to serve as X Corp.'s headquarters, following the acquisition.

4. In mid-July 2024, Mr. Musk publicly announced that he would be moving X's headquarters from California to Texas.[1] The decision to close X's headquarters had nothing to do with any of the events alleged in *Lemon v. Musk* or the lawsuit itself, which had not yet been filed as of mid-July 2024. At the same time that he announced that X would be moving its headquarters to Texas, Mr. Musk also announced that he would be

---

[1] *See* Kate Conger & Eli Tan, *Elon Musk Says He Will Move X and SpaceX Headquarters to Texas*, N.Y. Times (July 16, 2024), https://www.nytimes.com/2024/07/16/technology/elon-musk-x-spacex-headquarters-texas.html.

- 2 -

DECLARATION OF NICOLE HOLLANDER ISO NOTICE OF REMOVAL

1   moving the headquarters of his company SpaceX from California to Texas.[2]  Tesla, Inc., a third company owned by Musk, previously moved its headquarters from California to Texas and has been headquartered in Texas since 2021.[3]

5.  To facilitate X's headquarters move, X executed, on April 30, 2024, a commercial lease on property located in Bastrop, Texas.  The lease is valid for a three year term.  Exhibit 1 to this declaration is a true and correct copy of the formal address assignment to this property, listing the address as 865 FM 1209 Building 2 in Bastrop, Texas.

6.  Although X already has office space in Texas (located at 5323 Lavender Loop in Austin), X has leased the property in Bastrop to be its official headquarters, and it will ultimately move its employees in the Austin office to the new Bastrop location.

7.  On August 5, 2024, X's Chief Executive Officer Linda Yaccarino sent an email to all X employees announcing that X's San Francisco office would be closing "over the next few weeks," and that workers who had been working in that office would need to switch to working out of other X offices.[4]

8.  Since then, X has closed its San Francisco office, and has taken a number of steps to officially change the address of its headquarters from California to Texas.  It filed a change of address form, with the U.S. Postal Service, officially changing its address from 1355 Market Street in San Francisco, California to 865 FM 1209 Building 2, in Bastrop, Texas.  X also changed its address for purposes of service of process, filing notification with its process server to change its address from 1355 Market Street in San Francisco, to

---

[2] *See* Asad Jung, *Elon Musk Says He'll Move X and SpaceX to Texas*, Tex. Tribune (July 16, 2024), https://www.texastribune.org/2024/07/16/elon-musk-x-space-x-texas-california/#:~:text=SpaceX%20already%20has%20a%20presence,Musk%20said%20on%20X%20Tuesday.
[3] *See id.*
[4] *See* Kate Conger & Ryan Mac, *X to Close Flagship San Francisco Office*, N.Y. Times (Aug. 5, 2024), https://www.nytimes.com/2024/08/05/technology/x-twitter-san-francisco-office.html.

- 3 -
DECLARATION OF NICOLE HOLLANDER ISO NOTICE OF REMOVAL

865 FM 1209 Building 2, in Bastrop, Texas.  Exhibit 2 to this declaration is a true and correct copy of documentation showing X's change of address with its process server.

9. On September 13, 2024, X closed its 1355 Market Street, San Francisco, California, office.

X's Business Operations in Texas

10. In moving its headquarters from California to Texas, X will be growing and strengthening the already-significant business presence that it has in Texas.

11. Most notably, X's Owner, Chief Technology Officer, and Executive Chairman, Mr. Musk, resides in Texas, as the Complaint in *Lemon v. Musk* acknowledges.  *See* Compl. ¶ 2(b).

12. Although X does not have a formal "C-suite," and key executives at the Company live in various parts of the United States, most major decisions on behalf of the Company are made in Texas.

13. X currently employs 118 full time employees who live and work in Texas.  X plans to significantly grow its Texas footprint, including by opening new offices, and hiring additional X employees, following its formal headquarters change.[5]

---

[5] *See* Cristela Jones, *Elon Musk to Open New X Offices Outside Austin in Bastrop*, San Antonio Express-News (Aug. 1, 2024), https://www.mysanantonio.com/business/article/elon-musk-x-bastrop-office-19612838.php

DECLARATION OF NICOLE HOLLANDER ISO NOTICE OF REMOVAL

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of September, 2024, in Las Vegas, Nevada.

                                            /s/ *Nicole Hollander*

                                            Nicole Hollander

DECLARATION OF NICOLE HOLLANDER ISO NOTICE OF REMOVAL

**Attorney Attestation**

I, Ari Holtzblatt, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: September 16, 2024                    /s/    *Ari Holtzblatt*

                                             Ari Holtzblatt (SBN 354631)

# EXHIBIT 1

Case 3:24-cv-06487-MMC   Document 1-11   Filed 09/16/24   Page 9 of 20

**Address Assignment:**
865 FM 1209 BLDG 2
BASTROP TX 78602

**Location:**
BCAD PID: 108530
Property: A5 BANGS, J. MANUEL, ACRES 25.14
Structure: Proposed Commercial Building

2 of 2

Please be advised Bastrop County GIS & Addressing, in accordance with Tex.Transp. Code Ann. §251.013, assigned the address of **865 FM 1209 BLDG 2, BASTROP TX 78602** to the above described location.

Notify us if development varies from site plan. Proposed development address subject to change.

**FOR YOUR SAFETY...**
- **Display** this address on the structure and driveway entrance. The use of 3 to 5-inch reflective numerals which can be seen from the road will help law, fire, and medical emergency service providers easily find your location. An address sign may be purchased from Bastrop County for the low cost of $5.00. To order, complete and submit the attached Address Sign Order Form or contact the Sign Shop at signshop@co.bastrop.tx.us or 512-549-5169.
- **Register** this address with your landline and VoIP telephone provider, so it will display when 9-1-1 is dialed.
- **Notify** this office of all landline and VoIP telephone numbers to ensure this address displays to 9-1-1.
- **Ensure** everyone at this location knows the address assignment. **Alert** any tenants of these procedures.
- **Contact** the local Post Office to establish mail service, and notify correspondences of your mailing address.
- **Inform** governmental agencies, companies and service providers associated with this physical location of its address (i.e.: Department of Public Safety, Voter Registration, mortgage company, electric/water company).
- **Provide** this address to your security alarm monitoring system, if an alarm system is used at this location.
- **Sign Up** at WarnCentralTexas.org to receive official emergency alerts for your area by text, email, or phone.

Your cooperation and prompt attention to this public safety issue is appreciated. Feel free to contact Bastrop County Addressing at 512-581-4243 or addressing@co.bastrop.tx.us, if you have questions or concerns.

Sincerely,

*Bastrop County Addressing*

211 Jackson Street · Bastrop, TX 78602
phone: 512-581-4242 · fax: 512-581-4241
email: addressing@co.bastrop.tx.us · website: www.co.bastrop.tx.us

---

*Is your number up?*

  

*Could we find you in an emergency?*
*Help us help you ~ know your location ~ Display your address*

# 9-1-1 ADDRESS SIGN ORDER FORM

Name: _____
Daytime Phone Number: _____
Email Address: _____

| Official 9-1-1 Address to be Displayed on Sign | Qty. | Each | Total |
|---|---|---|---|
| 865 FM 1209 BLDG 2 | @ | $ 5 = | $ |
| _____ | @ | $ 5 = | |
| _____ | @ | $ 5 = | |
| _____ | @ | $ 5 = | |
| TOTAL: | | | |

**ALL ORDERS MUST BE PAID IN ADVANCE BY MAIL OR IN PERSON AT:**

**BASTROP COUNTY**
211 JACKSON ST, BASTROP TX 78602
Phone: (512) 581-7176
Email: development.services@co.bastrop.tx.us
*Type of Payment accepted Check or Money Order*

**Select a location to pick up the 9-1-1 address sign(s):**
- ☐ BASTROP: Development Services, 211 Jackson St.; Phone: (512) 581-7176
- ☐ CEDAR CREEK: Tax Office Substation, 5785 FM 535; Phone: (512) 581-4270
- ☐ ELGIN: Tax Office Substation, 1125 Dildy Dr.; Phone: (512) 581-7146
- ☐ SMITHVILLE: Tax Office Substation, 1624 NE Loop 230; Phone: (512) 581-7114

It is recommended that the 9-1-1 address be posted on the structure and at the driveway entrance -- visible from the street. A well-marked location is much easier for law enforcement officers, firefighters and medical personnel to find in an emergency.

**In an emergency, *seconds* could make a life-saving difference.**

**ADDRESS SIGN FEATURES:** Green vinyl address
- Aluminum sign (6" x 12")
- White reflective background
- 4" address numbers
- 1" street name

*Address Sign Illustration:*
**123 HOMETOWN RD**

**PAYMENT INFORMATION - TO BE COMPLETED BY THE COUNTY**
$ _____ Payment Type: _____
Received By: _____ Date: _____
County Agent

ADDRESS SIGN ORDER FORM-REV. 20240105

# EXHIBIT 2

**CT Corporation**
www.ctcorporation.com

ADEEB SAHAR
X Corp.
1355 Market St Ste 900
San Francisco CA 94103-1337

# Sales Quote

The service and disbursement fees below represent an estimate of charges with respect to services you have recently requested. It is valid for 30 days. Feel free to contact us with any questions or adjustments. We look forward to working with you on this project.

**QUESTIONS? GET IN TOUCH:**
Angela Quinn
Phone : (866) 401-8252
Email: LargeCorporationTeam@wolterskluwer.com

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
|  | | 08/23/24 |

| ORDER NUMBER | ORDER DATE | CUSTOMER NUMBER |
|---|---|---|
| 15834844 SQ | 08/23/24 | 6802089 |

| CUSTOMER REFERENCE 1 | CUSTOMER REFERENCE 2 |
|---|---|
| None Given | None Given |

| REQUESTED BY | AMOUNT DUE |
|---|---|
| Adeeb Sahar | **$1,440.00** |

(Federal Tax ID# 51-0006522)

Page 1 of 2

|  | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **X Corp. (NV)** | | | |
| *Services -* | | | |
| Misc - Foreign Corporate Filing - Amendment - Illinois | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Louisiana | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Massachusetts | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Maryland | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Michigan | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - North Dakota | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - California | 0.00 | | |
| Certified Copy of Evidence - California | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Nebraska | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - New Jersey | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - New York | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Oregon | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Colorado | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Virginia | 0.00 | | |
| Certified Copy of Evidence - Virginia | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - District of Columbia | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Florida | 0.00 | | |
| Certified Copy of Evidence - Florida | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Georgia | 0.00 | | |
| Misc - Foreign Corporate Filing - Amendment - Iowa | 0.00 | | |
| Amendment - Nevada | 0.00 | | |
| *Disbursements -* | | | |
| Misc - Foreign Corporate Filing - Amendment - Illinois | | 25.00 | |
| Misc - Foreign Corporate Filing - Amendment - Louisiana | | 150.00 | |
| Misc - Foreign Corporate Filing - Amendment - Massachusetts | | 100.00 | |
| Misc - Foreign Corporate Filing - Amendment - Maryland | | 25.00 | |
| Misc - Foreign Corporate Filing - Amendment - Michigan | | 10.00 | |
| Misc - Foreign Corporate Filing - Amendment - North Dakota | | 40.00 | |
| Counter Fee - California | | 15.00 | |
| Certified Copy of Evidence - California | | 25.00 | |
| Misc - Foreign Corporate Filing - Amendment - California | | 30.00 | |
| Misc - Foreign Corporate Filing - Amendment - Nebraska | | 30.00 | |
| Misc - Foreign Corporate Filing - Amendment - New Jersey | | 75.00 | |
| Misc - Foreign Corporate Filing - Amendment - New York | | 60.00 | |

**CT Corporation**
www.ctcorporation.com

ADEEB SAHAR
X Corp.
1355 Market St Ste 900
San Francisco CA 94103-1337

# Sales Quote

| | INVOICE NUMBER | | INVOICE DATE |
|---|---|---|---|
| | | | 08/23/24 |
| | ORDER NUMBER | ORDER DATE | AMOUNT DUE |
| | 15834844 SQ | 08/23/24 | $1,440.00 |

Page 2 of 2

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| Misc - Foreign Corporate Filing - Amendment - Oregon | | 275.00 | |
| Misc - Foreign Corporate Filing - Amendment - Colorado | | 10.00 | |
| Certified Copy of Evidence - Virginia | | 0.00 | |
| Misc - Foreign Corporate Filing - Amendment - Virginia | | 25.00 | |
| Misc - Foreign Corporate Filing - Amendment - District of Columbia | | 225.00 | |
| Certified Copy of Evidence - Florida | | 0.00 | |
| Misc - Foreign Corporate Filing - Amendment - Florida | | 25.00 | |
| Misc - Foreign Corporate Filing - Amendment - Georgia | | 20.00 | |
| Misc - Foreign Corporate Filing - Amendment - Iowa | | 100.00 | |
| Amendment - Nevada | | 175.00 | |
| **SUBTOTAL** | | 1,440.00 | 1,440.00 |
| | | Disbursements | 1,440.00 |
| **Total Savings on this Invoice**   $6,360.00 | | **TOTAL AMOUNT DUE** | **$1,440.00** |

**CT Corporation**

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Amended Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 9/11/2024 12:56:32 PM

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : X Corp., a Nevada Corporation |
| **CONTROL NUMBER** | : 23087486 |
| **BUSINESS TYPE** | : Foreign Profit Corporation |
| **FILING TYPE** | : Amended Annual Registration |

## CURRENT INFORMATION ON FILE FOR PRINCIPAL ADDRESS, REGISTERED AGENT, AND OFFICERS

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 1355 Market Street, Suite 900, San Francisco, CA, 94103, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Elon R Musk | CEO | 1355 Market Street, Suite 900, San Francisco, CA, 94103, USA |
| Elon R Musk | CFO | 1355 Market Street, Suite 900, San Francisco, CA, 94103, USA |
| Elon R Musk | Secretary | 1355 Market Street, Suite 900, San Francisco, CA, 94103, USA |

## CHANGES TO THE ABOVE CURRENT INFORMATION ARE INDICATED BELOW

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 865 FM 1209, Building 2, Bastrop, TX, 78602, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S Culver St, Lawrenceville, GA, 30046, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Linda Yaccarino | CEO | 865 FM 1209, Building 2, Bastrop, TX, 78602, USA |
| Elon Musk | CFO | 865 FM 1209, Building 2, Bastrop, TX, 78602, USA |
| Elon Musk | Secretary | 865 FM 1209, Building 2, Bastrop, TX, 78602, USA |

After the above change(s) are made, the address of the entity's registered office and the business address of the

**registered agent will be identical.**

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Elon Musk |
| **AUTHORIZER TITLE** | : Director |

To: MA SOS | MA SOC Filing Number: 202492066290  Date: 9/11/2024 12:11:56 PM
Page: 2 of 3 | 2024-09-11 12:08:05 EDT | 16179041617 | From: Dahrlena Mitchell

**F FPC**

# The Commonwealth of Massachusetts
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED

## Certificate of Amendment
(General Laws Chapter 156D, Section 15.04; 950 CMR 113.49)

FORM MUST BE TYPED

(1) Exact name of corporation: X Corp.
*(as contained in the Division's records)*

(2) Registered office address: 155 Federal Street, Suite 700, Boston, Massachusetts 02110
*(number, street, city or town, state, zip code)*

(3) This amendment shall change:

*(check appropriate box(es))*

☐ the corporation's name to*:

☐ the period of the corporation's duration to:

☐ the state or country of its incorporation to*: _____

☒ the street address of its principal office to: 865 FM 1209, Building 2, Bastrop, TX 78602

☐ the fiscal year end to: _____

☐ the activities conducted by the foreign corporation in the commonwealth: _____

☐ its officers and directors: _____

☐ other _____

*The name must satisfy the requirements of G.L. Chapter 156D, Section 15.06.*

* *If the amendment includes a change of its corporate name, or the state or country of its incorporation, attach a certificate evidencing the changes duly authenticated by the secretary of state or other official having custody of the corporate records in the state or country under whose law it is incorporated. If the certificate is in a foreign language, a translation thereof under oath of the translator shall be attached.*

P.C.

MA030 - 03/20/2012 Wolters Kluwer Online

c156ds1504950c11349 01/13/05

on this _____ day of_____ , _____ .

This certificate is effective at the time and on the date approved by the Division, unless a later effective date not more than 90 days from the date of filing is specified:

Signed by: _____[signature]_____ ,
                                                                      *(signature of authorized individual)*

    ☐ Chairman of the board of directors,
    ☒ President,
    ☒ Other officer,
    ☐ Court-appointed fiduciary,

on this _____ day of_____ , _____ .

MA030 - 03/20/2012 Wolter

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

September 11, 2024 12:11 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

# Maryland
## DEPARTMENT OF ASSESSMENTS AND TAXATION

Date: 09/12/2024

THE CORPORATION TRUST INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

```
THIS LETTER IS TO CONFIRM ACCEPTANCE OF THE FOLLOWING FILING:
ENTITY NAME         : X CORP.
DEPARTMENT ID       : F23928484
TYPE OF REQUEST     : RESOLUTION
DATE FILED          : 09-12-2024
TIME FILED          : 12:50 PM
RECORDING FEE       : $25.00
EXPEDITED FEE       : $425.00
FILING NUMBER       : 1000362014647939
CUSTOMER ID         : 0003994206
WORK ORDER NUMBER   : 0005210780
```

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

Charter Division
Baltimore metro area (410) 767-4950
Outside metro area (888) 246-5941

700 East Pratt Street 2nd Floor Suite 2700, Baltimore, Maryland 21202
Telephone (410)767-4950 / Toll free in Maryland (888)246-5941
MRS (Maryland Relay Service) (800)735-2258 TT/Voice
Website: www.dat.maryland.gov

0013800546
CACCPT

```
ENTITY TYPE:        ORDINARY BUSINESS - STOCK
STOCK:              Y
EFFECTIVE DATE:     09-12-2024
STATE OF FORMATION: NEVADA
PRINCIPAL OFFICE:   865 FM 1209
BUILDING 2
BASTROP TX 78602
RESIDENT AGENT:     THE CORPORATION TRUST INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264
```

Maryland State Department of Assessments & Taxation

# RESOLUTION TO CHANGE PRINCIPAL OFFICE OR RESIDENT AGENT

The directors/stockholders/general partner/authorized person of

X Corp.
(Name of Entity)

organized under the laws of Nevada _____ passed the following resolution:
(State)

(Check applicable boxes)

☒ **The principal office is changed from: (old address)**
1355 Market St suite 900, San Francisco, CA 94103

**to: (new address)**
865 FM 1209, Building 2, Bastrop, TX 78602

| **The name and address of the resident agent is changed from:**

_____

to:
_____

I certify under penalties of perjury the foregoing is true.

Signed 
Secretary or Assistant Secretary
General Partner
Authorized Person

I hereby consent to my designation in this document as resident agent for this entity.

Signed _____
Resident Agent

MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION    301 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395

Maryland
DEPARTMENT OF
ASSESSMENTS AND TAXATION

Resolution to Change Principal Office Revised March 2023                                            1 of 1

MD040 - 3/28/2023 Wolters