Ari Holtzblatt (SBN 354631)
Claire Bergeron (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
ari.holtzblatt@wilmerhale.com
claire.bergeron@wilmerhale.com

Noah S. Guiney (SBN 324079)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone:  (628) 235-1151
Facsimile:  (628) 235-1001
noah.guiney@wilmerhale.com

*Attorneys for Specially Appearing Defendant Elon Musk*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DON LEMON,<br><br>                           Plaintiff,<br><br>    v.<br><br>ELON MUSK; X CORP. DOING BUSINESS IN CALIFORNIA AS X CORP., A NEVADA CORPORATION; and DOES 1 to 100, inclusive,<br><br>                           Defendants. | Case No. 3:24-CV-06487<br><br>**SECOND DECLARATION OF NICOLE HOLLANDER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ELON MUSK'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>Hon. Maxine M. Chesney<br>Courtroom 7<br>Hearing Date: November 8, 2024<br>Time: 9:00 AM |

- 1 -

SECOND DECLARATION OF NICOLE HOLLANDER ISO OPPOSITION TO REMAND

1. My name is Nicole Hollander, and I am the Director, Real Estate and Workplace, at X Corp. ("X"), a position I have held since April 3, 2023. I am competent to testify to the matters stated herein and make this declaration based upon my personal knowledge and based upon my review of X's business records.

2. I am drafting this declaration in support of Specially Appearing Defendant Elon Musk's Opposition to Plaintiff's Motion for Remand in *Lemon v. Musk*, Case No. 3:24-cv-06487 in the United States District Court for the Northern District of California. Specifically, I am drafting this declaration to lay out additional details surrounding the closure of X's former headquarters in San Francisco, California, and X's shift in corporate decision-making from San Francisco to Texas.

### Elon Musk's Purchase of X and Shift in the Location of Corporate Decision-Making

3. In October 2022, Elon Musk completed his acquisition of X's predecessor entity, Twitter, Inc. At the time, Twitter's corporate headquarters was located at 1355 Market Street, Suite 900, in San Francisco, California. In 2023, Twitter was merged with X Corp., and the platform was renamed as X.

4. Following Mr. Musk's acquisition of Twitter, X implemented a series of changes in the way that Twitter/X Corp. was structured. At the time that Mr. Musk purchased Twitter, the Company had a "C-suite" of executives who were responsible for executive, administrative, financial, legal, human resources, and management decisions at the Company. Those executives were primarily located at the Company's headquarters, at 1355 Market Street in San Francisco, California.

5. Following the acquisition, X Corp. adopted a "flat" organization, without a formal "C-suite." Consistent with this approach, the number of senior executives at Twitter/X decreased over time, as did the number of such executives who were located at the

Market Street address. As of October 2022, there were 7 "C-suite" members (including the then-CEO) working from Twitter's Market Street location. As of August 23, 2024, there were zero "C-suite" members located at X's Market Street address.

6. Prior to Mr. Musk's acquisition of X/Twitter, Twitter's Chief Executive Officer had been Parag Agrawal, who was based at 1355 Market Street. Mr. Musk, who lives in Texas, initially took over the top leadership position at the Company himself in October 2022. In June 2023, X Corp. hired Linda Yaccarino as Twitter/X's new Chief Executive Officer. Mr. Musk resides in Texas, and Ms. Yaccarino resides in New York.

7. In addition, following the acquisition of X, the number of employees at the "Senior Director" or "Vice President" level (generally, the highest non "C-suite" executive level at the Company) who work out of the Market Street office has significantly declined. In October 2022, there were about 84 Senior Director-level or higher employees working at the Market Street location (omitting the C-suite leaders). By August 23, 2024, there were only about 7 such employees at X's Market Street address out of 40 total Senior Director-level or higher employees at the Company.

8. In the months immediately following Mr. Musk's acquisition of X, Mr. Musk himself worked out of the Market Street office with some frequency. During the two months between November 1, 2022 and January 1, 2023, for example, he was in the Market Street office on around 36 occasions. As time has gone on, however, Mr. Musk has visited that office far less frequently. During the two months between July 16, 2024 and September 16, 2024, Mr. Musk visited the Market Street office just one time.

### The Closure of X's Market Street Office

9. For the past six months, X has been in the process of shuttering its Market Street corporate headquarters and moving its corporate headquarters to Bastrop, Texas.

10. In April of 2024, X executed a commercial lease on property located in Bastrop Texas. The property's address is 865 FM 1209 Building 2, Bastrop, Texas.

11. In mid-July 2024, X's majority owner, Mr. Musk, announced his intention to relocate X's corporate headquarters from California to Texas.

12. On or about August 26, 2024, X filed a formal change of address form for its headquarters with the U.S. Postal Service, listing its new address as 865 FM 1209 Building 2 in Bastrop, Texas.

13. On or about August 30, 2024, X filed notification with its process server to change its address for purposes of service of process from 1355 Market Street in San Francisco, California, to 865 FM 1209 Building 2 in Bastrop, Texas. X's process server, in turn, has filed amended corporate registration forms with 16 states and the District of Columbia. To-date, X's change of address request has been processed in Georgia, Massachusetts, Maryland, California, Washington, DC, Florida, Iowa, Louisiana, Michigan, New Jersey, Nevada, and Oregon. **Exhibit 1** attached to this declaration is a true and correct copy of the change of address confirmation paperwork received by the Company in California, Washington, DC, Florida, Iowa, Louisiana, Michigan, New Jersey, Nevada, and Oregon. Copies of the change of address confirmations in Georgia, Massachusetts, and Maryland were attached to the declaration of Nicole Hollander dated September 13, 2024 and filed in conjunction with X's Notice of Removal.

14. Beginning in July 2024, X began the process of changing its corporate address on all company policies, terms of service, and third-party agreements, including those governing the use of the X platform. Due to the number of documents and parties involved, this has taken some time, and it continues to be in-progress at the company. X has now posted revised versions of several of its corporate policies and third-party agreements, including its Master License Agreement, Developer Agreement, and Developer Terms and Policy page. All of these documents now list X's corporate address

|   |   |   |
|---|---|---|
| 1 |  | as 865 FM 1209 Building 2 in Bastrop, Texas.  **Exhibit 2** attached to this declaration is a true and correct copy of the current version of the X Master License Agreement.  **Exhibit 3** attached to this declaration is a true and correct copy of the current version of the X Developer Agreement.  **Exhibit 4** attached to this declaration is a true and correct copy of the current version of the X Developer Terms and Policy page.  X has also posted a revised version of its Terms of Service, and Privacy Policy, which now list X's corporate headquarters as 865 FM 1209 Building 2 in Bastrop, Texas.  **Exhibit 5** attached to this declaration is a true and correct copy of the revised version of X's Terms of Service.  **Exhibit 6** is a true and correct copy of the revised version of X's Privacy Policy. |
| 10 | 15. | On September 13, 2024, X closed the office that had previously served as its headquarters, located at 1355 Market Street, Suite 900, in San Francisco, California. All X employees who previously worked out of that office (other than a small number of building security personnel and other non-executive functions) have transferred to other locations or are working remotely. |

Corporate Decision-Making and Personnel in Texas

|   |   |   |
|---|---|---|
| 16 | 16. | Currently (and as of September 16, 2024), the only people at X who are ultimately responsible for executive, administrative, financial, human resources, and management decisions are Mr. Musk and Ms. Yaccarino.  Mr. Musk resides in Texas; Ms. Yaccarino resides in New York. |
| 20 | 17. | All engineering and product-related functions and their senior leadership report directly to Mr. Musk, in his role as X's Chief Technology Officer.  Additionally, Mr. Musk oversees the entire Company in his role as Chairman. |

- 5 -

SECOND DECLARATION OF NICOLE HOLLANDER ISO OPPOSITION TO REMAND

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of October, 2024, in Philadelphia, Pennsylvania.

/s/ *Nicole Hollander*
Nicole Hollander

- 6 -
SECOND DECLARATION OF NICOLE HOLLANDER ISO OPPOSITION TO REMAND

**Attorney Attestation**

I, Ari Holtzblatt, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: October 16, 2024                                     /s/     Ari Holtzblatt

                                                            Ari Holtzblatt (SBN 354631)

- 7 -
SECOND DECLARATION OF NICOLE HOLLANDER ISO OPPOSITION TO REMAND

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: October 16, 2024          By:   */s/ Ari Holtzblatt*
                                        ARI HOLTZBLATT

- 8 -
SECOND DECLARATION OF NICOLE HOLLANDER ISO OPPOSITION TO REMAND