Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Bryan Kirsh, Esq., State Bar No. 318238
BKirsh@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number:  (310) 860 0770
Facsimile Number:   (310) 860 0771

Attorneys for Plaintiff,
DON LEMON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DON LEMON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ELON MUSK; X CORP. DOING BUSINESS IN CALIFORNIA AS, X CORP., A NEVADA CORPORATION; and DOES 1 to 100, inclusive,<br><br>　　　Defendants. | Case No.:  3:24-cv-06487-MMC<br><br>**The Honorable Maxine M. Chesney**<br><br>**PLAINTIFF DON LEMON'S OBJECTION TO DEFENDANT X CORP.'S REPLY IN SUPPORT OF COMBINED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE**<br><br>Date:　November 1, 2024<br>Time:　9:00 a.m.<br>Ctrm.:　7<br><br>Trial Date:　　None Set<br>Action Filed:　August 1, 2024<br>Removal Date:　September 16, 2024 |

Plaintiff Don Lemon ("Lemon") hereby requests that Defendant X Corp.'s reply brief in support of its Motion to Dismiss and Motion to Strike be stricken because it was untimely filed.

On September 23, 2024, X Corp filed its Motion to Dismiss and Motion to Strike, with a hearing date set for November 1, 2024. (Dkt. No. 13.) Pursuant to N.D. Local Rule 7-3(a), Lemon's opposition was to be filed and served not more than 14 days after the motion was filed, which is no later October 7, 2024.

Lemon filed his opposition to X Corp.'s Motion to Dismiss and Motion to Strike on October 7, 2024. (Dkt. No. 22.) Pursuant to N.D. Local Rule 7-3(c), Defendant X Corp.'s Reply was to be filed and served not more than 7 days after the opposition was due, which normally be October 14, 2024. However, Colombus day was on October 14, 2024 and is a Federal Court national holiday. Pursuant to N.D. Local Rule 7-3(c), "Fed. R. Civ. P. 6(d), which extends deadlines that are tied to service (as opposed to filing), does not apply and thus does not extend this deadline." In other words, Defendant X Corp.'s deadline to file a Reply was not continued to October 15, 2024.

Defendant X Corp. filed its reply on October 15, 2024, (Dkt No. 25), and as a result, the reply is untimely.

Therefore, Lemon respectfully request that this Court strike and not consider Defendant X Corp.'s reply brief and the arguments made therein.

Dated:  October 21, 2024         SHEGERIAN & ASSOCIATES, INC.

                                 By: _____
                                      Carney R. Shegerian, Esq.

                                 Attorneys for Plaintiff,
                                 DON LEMON

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated:  October 21, 2024        SHEGERIAN & ASSOCIATES, INC.

By: *Carney R. Shegerian* 
Carney R. Shegerian, Esq.

Attorneys for Plaintiff,
DON LEMON

**LEMON V. MUSK, et al.**                    **USDC Case No. 3:24-cv-06487-MMC**

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT,

## NORTHERN DISTRICT OF CALIFORNIA

I am an employee in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3764 Elizabeth Street, Riverside, California 92506.

On October 21, 2024, I served the foregoing document, described as **"PLAINTIFF DON LEMON'S OBJECTION TO DEFENDANT X CORP.'S REPLY IN SUPPORT OF COMBINED MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE,"** on all interested parties in this action as follows:

**Ari Holtzblatt, Esq.**
**Claire Bergeron, Esq, (pro hac vice)**
**WILMER CUTLER PICKERING**
      **HALE AND DORR LLP**
**2100 Pennsylvania Avenue NW**
**Washington, DC 20037**
**ari.holtzblatt@wilmerhale.com**
**claire.bergeron@wilmerhale.com**

**Noah S. Guiney, Esq.**
**WILMER CUTLER PICKERING**
      **HALE AND DORR LLP**
**One Front Street, Suite 3500**
**San Francisco, CA 94111**
**noah.guiney@wilmerhale.com**

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 21, 2024, at Riverside, California

*Delmy Garcia*
Delmy Garcia