IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DON LEMON,

    Plaintiff,

  v.

ELON MUSK, et al.,

    Defendants.

Case No. 24-cv-06487-MMC

**ORDER VACATING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS**

Before the Court are defendant X Corp.'s "Motion to Dismiss Plaintiff's Complaint and Motion to Strike," and defendant Elon Musk's "Motion to Dismiss for Lack of Personal Jurisdiction, Improper Service, and Failure to State a Claim," both filed September 23, 2024. Plaintiff Don Lemon has filed opposition, to which defendants have replied. Also before the Court is Don Lemon's "Motion to Remand Case to State Court and Request for Attorney's Fees, or in the Alternative, Request for Leave to Pursue Jurisdictional Discovery," filed October 2, 2024. Defendant Elon Musk has filed opposition, to which a Reply is due by today's date.

Although, as defendant Elon Musk points out (see Def.'s Opp'n. to Mot. to Remand at 24:18–22), remand under the local defendant rule is not a jurisdictional matter, the Court nonetheless finds it preferrable to resolve plaintiff's Motion to Remand before addressing the other two motions.

Accordingly, the hearings scheduled for November 1, 2024, are hereby VACATED and will be reset as appropriate after resolution of the Motion to Remand.

**IT IS SO ORDERED.**

Dated: October 22, 2024

                                                      MAXINE M. CHESNEY
                                                      United States District Judge