Ari Holtzblatt (SBN 354631)
Claire Bergeron (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
ari.holtzblatt@wilmerhale.com
claire.bergeron@wilmerhale.com

Noah S. Guiney (SBN 324079)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1151
Facsimile: (628) 235-1001
noah.guiney@wilmerhale.com

*Attorneys for Defendant X Corp. and Specially Appearing Defendant Elon Musk*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DON LEMON,<br><br>                    Plaintiff,<br><br>     v.<br><br>ELON MUSK; X CORP. DOING BUSINESS IN CALIFORNIA AS X CORP., A NEVADA CORPORATION; and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No. 3:24-cv-06487-MMC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS AND MOTIONS TO STRIKE**<br><br>Hon. Maxine M. Chesney |

1    Defendants' replies (ECF Nos. 25, 27) were timely filed and should not be stricken.

2    In arguing otherwise, Plaintiff disregards the applicable federal rule and misreads the
3 local rules.  Plaintiff argues that Defendants' replies were untimely because they were filed on
4 October 15, 2024, rather than October 14, 2024.  ECF Nos. 30, 31.  Plaintiff acknowledges that
5 "Colombus [sic] Day was on October 14, 2024 and is a Federal Court national holiday," but
6 asserts that this holiday has no bearing on the deadline for Defendants' replies.  *Id.*  That is
7 incorrect.  Plaintiff entirely ignores Federal Rule of Civil Procedure 6(a), which, for the purpose
8 of computing time periods, governs the deadlines set by the Northern District of California Civil
9 Local Rules.  *See* N.D. Cal. Civil L.R. 1-5(c).  Under Rule 6(a), if the last day of the period is a
10 "legal holiday," then the period continues to run until the next day that is not a legal holiday.
11 Fed. R. Civ. P. 6(a)(1)(C).  Columbus Day is a legal holiday.  *Id.* 6(a)(6)(A).  Accordingly, the
12 period for Defendants to file replies continued to run until the next day—October 15, 2024.

13   Plaintiff argues that Local Rule 7-3(c) prevented Defendants' deadline from being
14 extended but that rule does not apply here.  Local Rule 7-3(c) provides that "Fed. R. Civ. P.
15 6(d), which extends deadlines that are tied to service (as opposed to filing), does not apply and
16 thus does not extend this deadline."  Rule 6(d) has nothing to do with how to count days when
17 there is a legal holiday.  That is covered by Rule 6(a).  Defendants' replies were thus timely filed
18 and the Court should consider them.

19
20
21   Dated: October 23, 2024                    Respectfully submitted,

22                                              */s/ Ari Holtzblatt*
                                                Ari Holtzblatt (SBN 354631)
23                                              Claire Bergeron (*pro hac vice*)
                                                WILMER CUTLER PICKERING
24                                               HALE AND DORR LLP
                                                2100 Pennsylvania Avenue NW
25                                              Washington, DC 20037
                                                Telephone:  (202) 663-6000
26                                              Facsimile:  (202) 663-6363
                                                ari.holtzblatt@wilmerhale.com
27                                              claire.bergeron@wilmerhale.com
28

- 1 -

CASE NO. 3:24-cv-06487-MMC                            DEFS' RESP. TO OBJ. & MOT. TO STRIKE

- 2 -

1
2
3
4
5
6
7

Noah S. Guiney (SBN 324079)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1151
Facsimile: (628) 235-1001
noah.guiney@wilmerhale.com

*Attorneys for Defendant X Corp. and Specially Appearing Defendant Elon Musk*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2024, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: October 23, 2024                         By:   */s/ Ari Holtzblatt*
                                                                    ARI HOLTZBLATT