IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DON LEMON,

        Plaintiff,

    v.

ELON MUSK, et al.,

        Defendants.

Case No.  24-cv-06487-MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY NOTICE OF REMOVAL IN COMPLIANCE WITH COURT'S STANDING ORDERS**

On September 16, 2024, defendant Elon Musk electronically filed his "Notice of Removal of Civil Action to Federal Court Under 28 U.S.C. §§ 1332(A), 1441(A), and 1446(A) (Diversity Jurisdiction)."  To date, defendant has not submitted a courtesy copy of said document.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing."  <u>See</u> Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  <u>See</u> <u>id.</u>

Accordingly, defendant is hereby DIRECTED to submit forthwith the requisite courtesy copy of the above-referenced document.

**IT IS SO ORDERED.**

Dated: October 28, 2024

MAXINE M. CHESNEY
United States District Judge