IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LEMON,<br><br>        Plaintiff,<br><br>    v.<br><br>ELON MUSK, et al.,<br><br>        Defendants. | Case No. 24-cv-06487-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND** |

    Before the Court is plaintiff Don Lemon's "Motion to Remand Case to State Court and Request for Attorney's Fees of $14,400.00 from Defendant Elon Musk, or in the Alternative, Request for Leave to Pursue Jurisdictional Discovery," filed October 2, 2024. Defendant Elon Musk has filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for November 8, 2024.

    **IT IS SO ORDERED.**

Dated: October 29, 2024

MAXINE M. CHESNEY
United States District Judge