UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DON LEMON,<br><br>                    Plaintiff,<br><br>    v.<br><br>ELON MUSK; X CORP. DOING BUSINESS IN CALIFORNIA AS X CORP., A NEVADA CORPORATION; and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No. 3:24-cv-06487-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT DEADLINES UNTIL A DECISION ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**<br><br>Hon. Maxine M. Chesney |

Case No. 3:24-cv-06487-MMC                                           [PROPOSED] ORDER

Having considered the motion of Defendant X Corp. and Specially-Appearing Defendant Elon Musk (collectively "Defendants") to continue the Case Management Conference and preliminary case deadlines pursuant to Civil Local Rules 6-3, 7-11 and 16-2(d) (the "Motion"), the Court finds that there is good cause to GRANT the Motion.

THEREFORE, IT IS ORDERED that the deadline for the parties to file ADR Certification, and the deadline to conduct a Rule 26(f) conference are CONTINUED until 21 days after the Court rules on Plaintiff's motion to remand (Dkt. 15), and Defendants' motions to dismiss and strike (Dkts. 13, 14). The deadline to make initial disclosures, and the deadline to file a joint case management statement, are CONTINUED until 35 days after the Court rules on Plaintiff's motion to remand (Dkt. 15), and Defendants' motions to dismiss and strike (Dkts. 13, 14). The initial Case Management Conference set for December 20, 2024 is CONTINUED until 42 days after the Court rules on Plaintiff's motion to remand (Dkt. 15), and Defendants' motions to dismiss and strike (Dkts. 13, 14).

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. Maxine M. Chesney, U.S.D.J.
United States District Court
Northern District of California