UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LEMON<br><br>　　　　　　　　　Plaintiff(s)<br>v.<br><br>ELON MUSK, X CORP., et al.<br><br>　　　　　　　　　Defendant(s) | CASE No C 3:24-cv-06487-MMC<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 11/28/2024　　　　　　　_____
　　　　　　　　　　　　　　　Don Lemon
　　　　　　　　　　　　　　　Party

Date: November 29, 2024　　　_____
　　　　　　　　　　　　　　　Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐  intend to stipulate to an ADR process

☒  prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: November 29, 2024　　　_____
　　　　　　　　　　　　　　　Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

Form ADR-Cert  rev. 1-15-2019

**LEMON V. MUSK, et al.**                                          USDC Case No. 3:24-cv-06487-MMC

# PROOF OF SERVICE

# UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA

I am an employee in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3764 Elizabeth Street, Riverside, California 92506.

On November 29, 2024, I served the foregoing document, described as **"ADR CERTIFICATION BY PARTIES AND COUNSEL,"** on all interested parties in this action as follows:

**Ari Holtzblatt, Esq.**
**Claire Bergeron, Esq, (pro hac vice)**
**WILMER CUTLER PICKERING**
**    HALE AND DORR LLP**
**2100 Pennsylvania Avenue NW**
**Washington, DC 20037**
**ari.holtzblatt@wilmerhale.com**
**claire.bergeron@wilmerhale.com**

**Noah S. Guiney, Esq.**
**WILMER CUTLER PICKERING**
**    HALE AND DORR LLP**
**One Front Street, Suite 3500**
**San Francisco, CA 94111**
**noah.guiney@wilmerhale.com**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 29, 2024, at Riverside, California

*Delmy Garcia*
Delmy Garcia