IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DON LEMON,

        Plaintiff,

   v.

ELON MUSK, et al.,

        Defendants.

Case No. 24-cv-06487-MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In light of plaintiff Don Lemon's pending motion to remand and defendants' pending motions to dismiss, the Case Management Conference currently scheduled for December 20, 2024, is hereby CONTINUED to April 25, 2025, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than April 18, 2025.

    **IT IS SO ORDERED.**

Dated: December 13, 2024

MAXINE M. CHESNEY
United States District Judge